1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | LAWRENCE GEORGE HASH,                    No. 2:16-cv-1603-EFB P

12 |     Plaintiff,

13 |   v.                                         ORDER

14 | SAMER A. KANAAN, et al.,

15 |     Defendants.

16

17    Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought pursuant to 42 U.S.C. § 1983.  The claims alleged in the amended complaint (ECF No. 15) arise out of events that occurred in Napa County.

20    The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

/////
/////

1 | Venue properly lies in United States District Court for the Northern District of California, and not in this district. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(a).

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the Northern District of California. *See* 28 U.S.C. § 1406(a).

DATED: March 21, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2